# EXHIBIT LIST

## EXHIBIT A
Affidavit of Service, Special Process Server

## EXHIBIT B
Sworn Declaration Pursuant To 28 U.S.C.A. § 1746
James Rosemeyer, Contributions Manager

## EXHIBIT C
Sworn Declaration Pursuant To 28 U.S.C.A. § 1746
Daniel P. McAnally, Plaintiffs Attorney

# Exhibit A

**Exhibit   A**

AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

# 08 C 811

**SUMMONS IN A CIVIL CASE**

TRUSTEES of the REGIONAL COUNCIL OF
CARPENTERS PENSION FUND, WELFARE FUND
and APPRENTICE & TRAINEE PROGRAM FUND

V.

ADAMS STAIR WORKS & CARPENTRY,
INC.

CASE NUMBER:

ASSIGNED JUDGE:

DESIGNATED
MAGISTRATE JUDGE:

**JUDGE MORAN
MAGISTRATE JUDGE KEYS**

TO: (Name and address of Defendant)

ADAMS STAIR WORKS & CARPENTRY, INC.
c/o JEROME SPRINGMAN, JR., REGISTERED AGENT
222 STANTON DRIVE
BUFFALO GROVE, IL 60089

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

DANIEL P. McANALLY
WHITFIELD McGANN & KETTERMAN
111 E. WACKER DRIVE
SUITE 2600
CHICAGO, IL 60601

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the
relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time
after service.

**Michael W. Dobbins, Clerk**

(By) DEPUTY CLERK

**February 7, 2008**

Date

ClientCaseID:   N7604/DPM
Law Firm ID:    WHITFIEL



*177215A*

CaseReturnDate:  3/14/08

Affidavit of  SPECIAL PROCESS SERVER

---

# UNITED STATES DISTRICT COURT

Case Number 08C811

I, KEITH R. BOCKELMANN

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT AND IS A REGISTERED EMPLOYEE OF ILLINOIS DEPARTMENT OF PROFESSIONAL  REGULATION PRIVATE DETECTIVE AGENCY #117-001292 STERN PROCESS & INVESTIGATION LLC 205 W. RANDOLPH ST. #1210 CHICAGO IL 60606

## CORPORATE SERVICE

THAT I SERVED THE WITHIN   SUMMONS AND COMPLAINT
ON THE WITHIN NAMED  DEFENDANT  Adams Stair Works & Carpentry, Inc.
PERSON SERVED  JEROME SPRINGMAN, REGISTERED AGENT
BY LEAVING A COPY OF EACH WITH THE SAID DEFENDANT ON 2/17/08

That the sex, race and approximate age of the person whom I left the   SUMMONS AND COMPLAINT
are as follow:

| | | | | | | |
|---|---|---|---|---|---|---|
| Sex | MALE | Race | WHITE | Age | 59 | |
| Height | 6'0" | Build | MEDIUM | Hair | GREY | |

LOCATION OF SERVICE   222   Stanton Drive
                      Buffalo Grove, IL, 60089

Date Of Service   2/17/08          Time of Service   11:52 AM

_____        _____  2/19/2008
KEITH R. BOCKELMANN
SPECIAL PROCESS SERVER
P.E.R.C.  0129-125251

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes same to be true.

# Exhibit B

**Exhibit  B**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

TRUSTEES of the CHICAGO REGIONAL )
COUNCIL OF CARPENTERS PENSION )
FUND, et al. )
)
                  Plaintiffs, )     Case No. 08 c 811
)
)      Judge Moran
    v. )
)
ADAMS STAIR WORKS & CARPENTRY, INC. )
)
              Defendant. )

## SWORN DECLARATION PURSUANT TO 28 U.S.C.A. § 1746

James Rosemeyer declares as follows:

1.     I am the Manager of the Employer Contributions Department for the Chicago Regional Council of Carpenters Pension Fund and the Chicago Regional Council of Carpenters Welfare Fund ("Trust Funds") and in such capacity I am authorized to make this Declaration on behalf of the Trust Funds.

2.     The Defendant executed an Agreement with the Chicago and Northeast Illinois Regional Council of Carpenters ("Union") whereby it agreed to be bound by the provisions of a Collective Bargaining Agreement and to all Collective Bargaining Agreements subsequently negotiated.

3.     Pursuant to the provisions of the Agreement and the Collective Bargaining Agreements, the Defendant agreed to be bound by the provisions of the Agreements and Declarations of Trust, which created the Plaintiffs' Trust Funds.

4.     Pursuant to the provisions of the Collective Bargaining Agreements and Trust Agreements, the Defendant is required to submit monthly reports which list the number of hours worked by its carpenter employees and the Defendant is required to pay contributions based upon the hours listed.

5.    The Defendant submitted the contribution reports for the period November 2007 through February 2008 but did not pay the contributions.  The reports show that $230,269.08 is owed in ERISA contributions. The Defendant also failed to remit the union dues it withheld from the employees' wages.  The amount of dues withheld is $15,228.47 for the period November 2007 through February 2008.

6.    Because of its failure to pay contributions in a timely manner, the Trust Agreement and Collective Bargaining Agreement mandate the assessment of liquidated damages.  The liquidated damages calculation was based on the rate set forth in the controlling Trust Agreements, which is 1.5% compounded per month.  The amount of liquidated damages owed is $14,013.91 for the period July 2007 through February 2008.

7.    The interest calculation is based on the ERISA Section awarding such interest, 29 U.S.C. §1132(g)(2) and because the relevant Trust Agreements do not specify the rate of interest, the calculations were done pursuant to Section 6621 of the Internal Revenue Code. The amount of interest owed is $2,194.77.


I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Declaration is true and correct.


Date:        April 2, 2008

Signature:    _James Rosen_____

2

8724  ADAMS STAIR WORKS &
   CARPENTRY INC
   1083 S CORPORATE CIRCLE
   GRAYSLAKE      IL 60030

| | FRINGES | DUES | LD'S | INTEREST |
|---|---|---|---|---|
| Jul-07 | $0.00 | $0.00 | $7.82 | $0.00 |
| Aug-07 | $0.00 | $0.00 | $718.05 | $0.00 |
| Sep-07 | $0.00 | $0.00 | $630.22 | $0.00 |
| Oct-07 | $0.00 | $0.00 | $731.75 | $0.00 |
| Nov-07 | $12,782.21 | $639.06 | $784.36 | $203.10 |
| Dec-07 | $12,894.59 | $646.36 | $589.00 | $123.67 |
| Jan-08 EST. | $12,838.40 | $642.91 | $388.04 | $46.70 |
| Feb-08 EST. | $12,838.40 | $642.91 | $192.58 | $0.00 |
| TOTAL | $51,353.60 | $2,571.24 | $4,041.82 | $373.47 |

23542  ADAMS STAIR WORKS &
   CARPENTRY INC
   1083 S CORPORATE CIRCLE
   GRAYSLAKE      IL 60030

| | FRINGES | DUES | LD'S | INTEREST |
|---|---|---|---|---|
| Sep-07 | $0.00 | $0.00 | $162.37 | $0.00 |
| Oct-07 | $1.57 | $0.00 | $1,100.42 | $0.04 |
| Nov-07 | $18,186.27 | $1,484.62 | $818.38 | $289.97 |
| Dec-07 | $21,375.20 | $1,744.97 | $641.25 | $205.01 |
| Jan-08 EST | $19,780.74 | $1,614.80 | $597.87 | $71.96 |
| Feb-08 EST | $19,780.74 | $1,614.80 | $296.71 | $0 |
| TOTAL | $79,124.52 | $6,459.19 | $3,617.00 | $566.98 |

ACCT. NO. 23252

| | FRINGES | DUES | LD'S | INTEREST |
|---|---|---|---|---|
| Feb-07 | $2,180.69 | $0.00 | $465.69 | $171.84 |
| Mar-07 | $3,019.49 | $0.00 | $590.67 | $215.95 |
| Apr-07 | $2,299.94 | $0.00 | $409.27 | $148.39 |
| Sep-07 | $0.00 | $0.00 | $198.17 | $0.00 |
| Oct-07 | $2,801.64 | $0.00 | $1,276.07 | $63.23 |
| Nov-07 | $22,924.45 | $1,587.76 | $1,406.73 | $364.25 |
| Dec-07 | $21,820.15 | $1,511.26 | $996.71 | $209.27 |
| Jan-08 EST | $22,372.30 | $1,549.51 | $676.20 | $81.39 |
| Feb-08 EST | $22,372.30 | $1,549.51 | $335.58 | $0.00 |
| TOTAL | $99,790.96 | $6,198.04 | $6,355.09 | $1,254.32 |

     TOTAL AMOUNT DUE      $261,706.23

Summary of Contributions, Liquidated Damages & Interest Due
For The Reporting Period(s) Specified Below
Computed Through March 10, 2008

### Employer Information

| | |
|---|---|
| **File Number** | 23252 |
| **Name** | ADAMS STAIR WORKS & |
| **Address** | CARPENTRY INC |
| **City, State** | GRAYSLAKE, IL. 60030-0000 |
| **Telephone** | |

Page Number 1 of 3
Reference Number:  8-27
Date Printed: 03/10/2008

| Reporting Period | Delinquent Contributions | Liquidated Damages (1) | Interest (1) | Total Due |
|---|---|---|---|---|
| February, 2007 | $ 2,180.69 | $ 465.69 | $ 171.84 | $ 2,818.22 |
| March, 2007 | 3,019.49 | 590.67 | 215.95 | 3,826.11 |
| April, 2007 | 2,299.94 | 409.27 | 148.39 | 2,857.60 |
| October, 2007 | 2,801.64 | 216.52 | 63.23 | 3,081.39 |
| November, 2007 | 22,924.45 | 1,406.73 | 364.25 | 24,695.43 |
| December, 2007 | 21,820.15 | 996.71 | 209.27 | 23,026.13 |
| January, 2008 | 22,372.30 | 676.20 | 81.39 | 23,129.89 |
| February, 2008 | 22,372.30 | 335.58 | 0.00 | 22,707.88 |
| **Grand Total** | **$ 99,790.96** | **$ 5,097.37** | **$ 1,254.32** | **$ 106,142.65** |

(1) See Attached Computation
**Total Amount Due : $ 106,142.65 If Paid by March 10, 2008**

Computation of Liquidated Damages
For The Reporting Period(s) Specified Below
Computed Through March 10, 2008

## Employer Information

**File Number** 23252
**Name** ADAMS STAIR WORKS &
**Address** CARPENTRY INC
**City, State** GRAYSLAKE, IL. 60030-0000
**Telephone**

Page Number 2 of 3
Reference Number:  8-27
Date Computed: 03/10/2008

| Reporting Period | Contributions Due | Computation Base | Compounding Periods | Computed Damages (2) | Total (3) Damages For Reporting Period |
|---|---|---|---|---|---|
| February, 2007 | $  2,180.69 | $  2,180.69 | 13 | $  465.69 | $  465.69 |
| March, 2007 | 3,019.49 | 3,019.49 | 12 | 590.67 | 590.67 |
| April, 2007 | 2,299.94 | 2,299.94 | 11 | 409.27 | 409.27 |
| October, 2007 | 2,801.64 | 2,801.64 | 5 | 216.52 | 216.52 |
| November, 2007 | 22,924.45 | 22,924.45 | 4 | 1,406.73 | 1,406.73 |
| December, 2007 | 21,820.15 | 21,820.15 | 3 | 996.71 | 996.71 |
| January, 2008 | 22,372.30 | 22,372.30 | 2 | 676.20 | 676.20 |
| February, 2008 | 22,372.30 | 22,372.30 | 1 | 335.58 | 335.58 |
| Total | $  99,790.96 | | | | $  5,097.37 |

*(2) 1.50% Compounded per Month (or portion thereof)*

Computation of Interest
For The Reporting Period(s) Specified Below
Computed Through March 10, 2008

**Employer Information**

**File Number**  23252
**Name**  ADAMS STAIR WORKS &
**Address**  CARPENTRY INC
**City, State**  GRAYSLAKE, IL. 60030-0000
**Telephone**

Page Number 3 of 3
Reference Number:  8-27
Date Computed: 03/10/2008

| Reporting Period | Contributions Due | Computation Base | Delinquent Period From | To | Days | Computed Interest (3) | Total Interest For Reporting Period |
|---|---|---|---|---|---|---|---|
| February, 2007 | $ 2,180.69 | $ 2,180.69 | 03/21/2007 – 03/10/2008 | | 356 | $ 171.84 | $ 171.84 |
| March, 2007 | 3,019.49 | 3,019.49 | 04/21/2007 – 03/10/2008 | | 325 | 215.95 | 215.95 |
| April, 2007 | 2,299.94 | 2,299.94 | 05/21/2007 – 03/10/2008 | | 295 | 148.39 | 148.39 |
| October, 2007 | 2,801.64 | 2,801.64 | 11/21/2007 – 03/10/2008 | | 111 | 63.23 | 63.23 |
| November, 2007 | 22,924.45 | 22,924.45 | 12/21/2007 – 03/10/2008 | | 81 | 364.25 | 364.25 |
| December, 2007 | 21,820.15 | 21,820.15 | 01/21/2008 – 03/10/2008 | | 50 | 209.27 | 209.27 |
| January, 2008 | 22,372.30 | 22,372.30 | 02/21/2008 – 03/10/2008 | | 19 | 81.39 | 81.39 |
| February, 2008 | 22,372.30 | | 03/21/2008 | | | | 0.00 |
| Total | $ 99,790.96 | | | | | | $ 1,254.32 |

(3) Compounded Daily per Internal Revenue Code Section 6621

Summary of Contributions, Liquidated Damages & Interest Due
For The Reporting Period(s) Specified Below
Computed Through March 10, 2008

## Employer Information

**File Number**  23542
**Name**  ADAMS STAIR WORKS &
**Address**  CARPENTRY INC
**City, State**  GRAYSLAKE, IL. 60030-0000
**Telephone**

Page Number 1 of 3
Reference Number:  8-28
Date Printed: 03/10/2008

| Reporting Period | Delinquent Contributions | Liquidated Damages (1) | Interest (1) | Total Due |
|---|---|---|---|---|
| October, 2007 | $ 1.57 | $ 0.12 | $ 0.04 | $ 1.73 |
| November, 2007 | 18,186.27 | 1,115.97 | 288.97 | 19,591.21 |
| December, 2007 | 21,375.20 | 976.38 | 205.01 | 22,556.59 |
| January, 2008 | 19,780.74 | 597.87 | 71.96 | 20,450.57 |
| February, 2008 | 19,780.74 | 296.71 | 0.00 | 20,077.45 |
| **Grand Total** | **$ 79,124.52** | **$ 2,987.05** | **$ 565.97** | **$ 82,677.54** |

(1) See Attached Computation
**Total Amount Due : $ 82,677.54 If Paid by March 10, 2008**

Computation of Liquidated Damages
For The Reporting Period(s) Specified Below
Computed Through March 10, 2008

**Employer Information**

| | |
|---|---|
| **File Number** 23542 | |
| **Name** ADAMS STAIR WORKS & | Page Number 2 of 3 |
| **Address** CARPENTRY INC | Reference Number: 8-28 |
| **City, State** GRAYSLAKE, IL. 60030-0000 | Date Computed: 03/10/2008 |
| **Telephone** | |

| Reporting Period | Contributions Due | Computation Base | Compounding Periods | Computed Damages (2) | Total (3) Damages For Reporting Period |
|---|---|---|---|---|---|
| October, 2007 | $ 1.57 | $ 1.57 | 5 | $ 0.12 | $ 0.12 |
| November, 2007 | 18,186.27 | 18,186.27 | 4 | 1,115.97 | 1,115.97 |
| December, 2007 | 21,375.20 | 21,375.20 | 3 | 976.38 | 976.38 |
| January, 2008 | 19,780.74 | 19,780.74 | 2 | 597.87 | 597.87 |
| February, 2008 | 19,780.74 | 19,780.74 | 1 | 296.71 | 296.71 |
| Total | $ 79,124.52 | | | | $ 2,987.05 |

*(2) 1.50% Compounded per Month (or portion thereof)*

Computation of Interest
For The Reporting Period(s) Specified Below
Computed Through March 10, 2008

**Employer Information**

| | |
|---|---|
| **File Number** | 23542 |
| **Name** | ADAMS STAIR WORKS & |
| **Address** | CARPENTRY INC |
| **City, State** | GRAYSLAKE, IL. 60030-0000 |
| **Telephone** | |

Page Number 3 of 3
Reference Number:  8-28
Date Computed: 03/10/2008

| Reporting Period | Contributions Due | Computation Base | Delinquent Period From | Delinquent Period To | Days | Computed Interest (3) | Total Interest For Reporting Period |
|---|---|---|---|---|---|---|---|
| October, 2007 | $ 1.57 | $ 1.57 | 11/21/2007 – 03/10/2008 | | 111 | $ 0.04 | $ 0.04 |
| November, 2007 | 18,186.27 | 18,186.27 | 12/21/2007 – 03/10/2008 | | 81 | 288.97 | 288.97 |
| December, 2007 | 21,375.20 | 21,375.20 | 01/21/2008 – 03/10/2008 | | 50 | 205.01 | 205.01 |
| January, 2008 | 19,780.74 | 19,780.74 | 02/21/2008 – 03/10/2008 | | 19 | 71.96 | 71.96 |
| February, 2008 | 19,780.74 | | 03/21/2008 | | | | 0.00 |
| **Total** | $ 79,124.52 | | | | | $ | 565.97 |

(3) Compounded Daily per Internal Revenue Code Section 6621

Summary of Contributions, Liquidated Damages & Interest Due
For The Reporting Period(s) Specified Below
Computed Through March 10, 2008

| Employer Information | | |
|---|---|---|
| **File Number** 8724 | | Page Number 1 of 3 |
| **Name** ADAMS STAIR WORKS & | | Reference Number: 8-26 |
| **Address** CARPENTRY INC | | Date Printed: 03/10/2008 |
| **City, State** GRAYSLAKE, IL. 60030-0000 | | |
| **Telephone** | | |

| Reporting Period | Delinquent Contributions | Liquidated Damages (1) | Interest (1) | Total Due |
|---|---|---|---|---|
| November, 2007 | $ 12,782.21 | $  784.36 | $   203.10 | $ 13,769.67 |
| December, 2007 | 12,894.59 | 589.00 | 123.67 | 13,607.26 |
| January, 2008 | 12,838.40 | 388.04 | 46.70 | 13,273.14 |
| February, 2008 | 12,838.40 | 192.58 | 0.00 | 13,030.98 |
| **Grand Total** | **$ 51,353.60** | **$ 1,953.98** | **$   373.47** | **$ 53,681.05** |

(1) See Attached Computation

**Total Amount Due : $ 53,681.05 If Paid by March 10, 2008**

Computation of Liquidated Damages
For The Reporting Period(s) Specified Below
Computed Through March 10, 2008

| Employer Information | |
| --- | --- |

**File Number** 8724
**Name** ADAMS STAIR WORKS &
**Address** CARPENTRY INC
**City, State** GRAYSLAKE, IL. 60030-0000
**Telephone**

Page Number 2 of 3
Reference Number:  8-26
Date Computed: 03/10/2008

| Reporting Period | Contributions Due | Computation Base | Compounding Periods | Computed Damages (2) | Total (3) Damages For Reporting Period |
| --- | --- | --- | --- | --- | --- |
| November, 2007 | $    12,782.21 | $   12,782.21 | 4 | $      784.36 | $      784.36 |
| December, 2007 | 12,894.59 | 12,894.59 | 3 | 589.00 | 589.00 |
| January, 2008 | 12,838.40 | 12,838.40 | 2 | 388.04 | 388.04 |
| February, 2008 | 12,838.40 | 12,838.40 | 1 | 192.58 | 192.58 |
| Total | $   51,353.60 | | | | $    1,953.98 |

*(2) 1.50% Compounded per Month (or portion thereof)*

Computation of Interest
For The Reporting Period(s) Specified Below
Computed Through March 10, 2008

### Employer Information

**File Number** 8724
**Name** ADAMS STAIR WORKS &
**Address** CARPENTRY INC
**City, State** GRAYSLAKE, IL. 60030-0000
**Telephone**

Page Number 3 of 3
Reference Number:  8-26
Date Computed: 03/10/2008

| Reporting Period | Contributions Due | Computation Base | Delinquent Period From | To | Days | Computed Interest (3) | Total Interest For Reporting Period |
|---|---|---|---|---|---|---|---|
| November, 2007 | $ 12,782.21 | $ 12,782.21 | 12/21/2007 - 03/10/2008 | | 81 | $ 203.10 | $ 203.10 |
| December, 2007 | 12,894.59 | 12,894.59 | 01/21/2008 - 03/10/2008 | | 50 | 123.67 | 123.67 |
| January, 2008 | 12,838.40 | 12,838.40 | 02/21/2008 - 03/10/2008 | | 19 | 46.70 | 46.70 |
| February, 2008 | 12,838.40 | 12,838.40 | 03/21/2008 | | | | 0.00 |
| Total | $ 51,353.60 | | | | | $ | 373.47 |

(3) Compounded Daily per Internal Revenue Code Section 6621

# Exhibit C

**Exhibit C**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, et al. | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 08 c 811 |
| | ) ) | Judge Moran |
| v. | ) ) | |
| ADAMS STAIR WORKS & CARPENTRY, INC. | ) ) | |
| Defendant. | ) | |

SWORN DECLARATION PURSUANT TO 28 U.S.C.A. § 1746

Daniel P. McAnally declares as follows:

1.    I am an associate of the law firm of Whitfield & McGann and am licensed to practice law in the State of Illinois and in the U.S. Dist. Court for Northern District of Illinois, Eastern Division.

2.    I have personal knowledge of the facts stated herein and if called to testify in this matter, I can competently testify to such facts from my own such knowledge.

3.    I have in excess of 13 years experience representing trustees of employee benefit plans, including the prosecution of Federal Court litigation to collect delinquent employer contributions.

4.    The Collective Bargaining Agreement and the Trust Agreements under which this action is based provide for the payment of attorneys' fees and costs incurred if the Trust Funds utilize legal counsel to collect unpaid ERISA contributions.

5.    I have devoted 12.05 hours in connection with the this case at the rate of $175.00 per hour.  The total attorney fees billings is $2,108.75.

6.      In addition, the filing fee was $350.00 and the fees for service of process were an additional $55.00.  These costs total $405.00.

7.      I certify that the attached detailed attorney fees and costs totaling $2,513.75 were necessary and reasonable.


I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Declaration is true and correct.

Date:  April 2, 2008


s/ DANIEL P. McANALLY

Attorney for the Trustees of the Chicago
Regional Council of Carpenters Pension Fund,
et al.

WHITFIELD, McGANN & KETTERMAN
Slip Listing                                         Page          1

---

Selection Criteria

---

Case (hand select)   Include: CTF-C./N7604/08724
Slip.Classification   Open
Case (hand select)   Include: CTF-C./N7604/08724
Slip.Transaction Ty   1 - 1

---

Rate Info - identifies rate source and level

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | ATTORNEY<br>Activity<br>Case<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 353275          TIME<br>2/4/2008<br>Billed       G:73025       3/3/2008<br>LEXIS FEE: Search Illinois Secretary of<br>State database for corporate information<br>including registered agent of the corporation<br>for purposes of service; search for related<br>companies; perform asset search of<br>company and principals. | CPW<br>Lexis<br>CTF-C./N7604/08724 | ▬▬<br>0.00<br>0.00<br>0.00 | ▬▬<br>A@1 | ▬▬ |
| 353274          TIME<br>2/4/2008<br>Billed       G:73025       3/3/2008<br>Review referral from Trust Funds; prepare<br>database and load information regarding<br>case facts, history and legal strategy.<br>Prepare/ Open  file for litigation; review<br>corporate status and registered agent<br>information for legal process. | DPM<br>Billable<br>CTF-C./N7604/08724 | 0.75<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 131.25 |
| 353276          TIME<br>2/5/2008<br>Billed       G:73025       3/3/2008<br>Prepare summons, complaint, appearance<br>forms and civil cover sheet for Trust Funds'<br>claims and compliance matters pursuant to<br>ERISA Sec. 1132, 1145 and Taft-Hartley Act<br>Sec. 301. | DPM<br>Billable<br>CTF-C./N7604/08724 | 2.00<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 350.00 |
| 353277          TIME<br>2/5/2008<br>Billed       G:73025       3/3/2008<br>Prepare the complaint, summons, civil cover<br>sheet and appearance for electronic filing;<br>file the documents. | DPM<br>Billable<br>CTF-C./N7604/08724 | 0.50<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 87.50 |
| 353278          TIME<br>2/11/2008<br>Billed       G:73025       3/3/2008<br>Review complaint filed at the Federal Court;<br>load information regarding the filing date, | DPM<br>Billable<br>CTF-C./N7604/08724 | 0.40<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 70.00 |

4/3/2008                                   WHITFIELD, McGANN & KETTERMAN
10:28 AM                                         Slip Listing                                          Page          2

| Slip ID | ATTORNEY | Units | Rate | Slip Value |
|---|---|---|---|---|
| Dates and Time | Activity | DNB Time | Rate Info | |
| Posting Status | Case | Est. Time | Bill Status | |
| Description | Reference | Variance | | |

case number and assigned judge into the
database; review (via the Internet) the
judge's standing order regarding pre-trial
litigation, motion practice and status hearing
dates; update file / database regarding
same.

| | | | | |
|---|---|---|---|---|
| 353279 | TIME | DPM | 1.00 | 175.00 | 175.00 |
| 2/13/2008 | | Billable | 0.00 | T@7 | |
| Billed    G:73025    3/3/2008 | CTF-C./N7604/08724 | 0.00 | | |
| | | 0.00 | | |

Prepare correspondence to legal process
server Scott Forrest Stern & Associates, Inc.
regarding service of the summons and
complaint on the defendant; prepare
correspondence to James Rosemeyer,
ERISA Contributions Manager, Chicago
District Council of Carpenters' Trust Funds
regarding the filling of the complaint; enclose
copy of the summons and complaint; docket
follow-up dates for service.

| | | | | |
|---|---|---|---|---|
| 353344 | TIME | DPM | 0.25 | 175.00 | 43.75 |
| 2/14/2008 | | Billable | 0.00 | T@7 | |
| Billed    G:73025    3/3/2008 | CTF-C./N7604/08724 | 0.00 | | |
| | | 0.00 | | |

Review status report for prior reporting
history; update the litigation status report
with the current status for presentation to the
Board of Trustees.

| | | | | |
|---|---|---|---|---|
| 353464 | TIME | DPM | 0.10 | 175.00 | 17.50 |
| 2/19/2008 | | Billable | 0.00 | T@7 | |
| Billed    G:73025    3/3/2008 | CTF-C./N7604/08724 | 0.00 | | |
| | | 0.00 | | |

Telephone conversation with Rusty
Broadbent, business agent / organizer, Local
1027 regarding status of the litigation; he
recovered $76,591.98 yesterday; discussed
status of future payments.

| | | | | |
|---|---|---|---|---|
| 353474 | TIME | DPM | 0.10 | 175.00 | 17.50 |
| 2/19/2008 | | Billable | 0.00 | T@7 | |
| Billed    G:73025    3/3/2008 | CTF-C./N7604/08724 | 0.00 | | |
| | | 0.00 | | |

Telephone conversation with Earl E. Oliver,
Field Representative, Chicago Regional
Council of Carpenters of Trust Funds
regarding the payments made.

| | | | | |
|---|---|---|---|---|
| 353969 | TIME | DPM | 0.20 | 175.00 | 35.00 |
| 2/29/2008 | | Billable | 0.00 | T@7 | |
| Billed    G:73025    3/3/2008 | CTF-C./N7604/08724 | 0.00 | | |
| | | 0.00 | | |

Telephone conversation with trust fund
contributions manager, James Rosemeyer
regarding status of the litigation.

4/3/2008                           WHITFIELD, McGANN & KETTERMAN
10:28 AM                                  Slip Listing                                          Page            3

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | ATTORNEY<br>Activity<br>Case<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|
| 354285<br>3/4/2008<br>Billed<br>Review e-mail sent by the U.S. Dist. Court for the Northern Dist. of Illinois regarding MINUTE entry before Judge James B. Moran : Status hearing is set for 4/16/2008 at 09:15 AM. pursuant to Rule 16 of the F.R.C.P. ; download documents to the file folder; print document and enclose in file. | TIME<br><br>G:73212      4/2/2008 | DPM<br>Billable<br>CTF-C./N7604/08724 | 0.25<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 43.75 |
| 354269<br>3/4/2008<br>Billed<br>Telephone conversation with Rusty Broadbent, business agent / organizer, Local 1027 regarding the status of the litigation; claims company packed up and is moving to Florida. | TIME<br><br>G:73212      4/2/2008 | DPM<br>Billable<br>CTF-C./N7604/08724 | 0.10<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 17.50 |
| 354409<br>3/6/2008<br>Billed<br>Telephone conversation with Rusty Broadbent, business agent / organizer, Local 1027 regarding status of the litigation and legal strategy. | TIME<br><br>G:73212      4/2/2008 | DPM<br>Billable<br>CTF-C./N7604/08724 | 0.30<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 52.50 |
| 354418<br>3/6/2008<br>Billed<br>Review Scott Forrest Stern & Assoc., Inc.'s report on service of the summons and complaint; review process server remarks regarding details of service; review affidavit of service for legality; electronically file the proof of service with the clerk of the U.S. Dist. Court for the Northern Dist. of Illinois; docket follow-up dates for Answer due date. | TIME<br><br>G:73212      4/2/2008 | DPM<br>Billable<br>CTF-C./N7604/08724 | 0.40<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 70.00 |
| 354419<br>3/6/2008<br>Billed<br>Draft correspondence to James Rosemeyer, ERISA Contributions Manager, Chicago District Council of Carpenters' Trust Funds requesting a breakdown of all ERISA fringe benefit contributions owed and the accompanying calculation of liquidated damages and interest pusuant to the terms of the trust agreements and Internal Revenue Code. | TIME<br><br>G:73212      4/2/2008 | DPM<br>Billable<br>CTF-C./N7604/08724 | 0.50<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 87.50 |

WHITFIELD, McGANN & KETTERMAN
Slip Listing

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | ATTORNEY<br>Activity<br>Case<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|
| 354448<br>3/7/2008<br>Billed<br>Telephone conversation with trust fund contributions manager, James Rosemeyer regarding status. | TIME<br><br>G:73212        4/2/2008 | DPM<br>Billable<br>CTF-C./N7604/08724 | 0.10<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 17.50 |
| 354512<br>3/11/2008<br>Billed<br>Telephone conversation with trust fund contributions manager, James Rosemeyer regarding the motion for default judgment. | TIME<br><br>G:73212        4/2/2008 | DPM<br>Billable<br>CTF-C./N7604/08724 | 0.10<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 17.50 |
| 354461<br>3/12/2008<br>Billed<br>Review e-mail sent by the U.S. Dist. Court for the Northern Dist. of Illinois regarding SUMMONS Returned Executed by Trustees of the Chicago Regional Council of Carpenters Pension Fund, Chicago Regional Council of Carpenters Welfare Fund, Chicago Regional Council of Carpenters Apprentice & Trainee Program Fund as to Admas Stair Works & Carpentry, Inc. on 2/17/2008, answer due 3/10/2008. ; download documents to the file folder; print document and enclose in file. | TIME<br><br>G:73212        4/2/2008 | DPM<br>Billable<br>CTF-C./N7604/08724 | 0.25<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 43.75 |
| 355701<br>4/1/2008<br>WIP<br>Review court file to determine if Answer filed; review office file for Answer; confirm Answer due dates;  review U. S. District Court website to verify the date and time that the presiding Judge hears motions; prepare motion for default judgment pursuant to F. Rul. Civ. P. 55 for failure to Answer or otherwise plead. | TIME | DPM<br>Billable<br>CTF-C./N7604/08724 | 2.00<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 350.00 |
| 355702<br>4/2/2008<br>WIP<br>Prepare affidavit for James Rosemeyer, ERISA Contributions Manager, Chicago District Council of Carpenters' Trust Funds in support of the Trust Funds' motion for default judgment; affidavit to support claim for ERISA fringe benefit contributions, and calculation of liquidated damages and | TIME | DPM<br>Billable<br>CTF-C./N7604/08724 | 1.00<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 175.00 |

4/3/2008                          WHITFIELD, McGANN & KETTERMAN
10:28 AM                                    Slip Listing                                          Page          5

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | ATTORNEY<br>Activity<br>Case<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| interest pusuant to the terms of the trust agreements and Internal Revenue Code; prepare correspondence to Rosemeyer regarding the affidavit and request for execution. | | | | |
| 355703          TIME<br>4/2/2008<br>WIP<br>Review file for all entries for the attorney billings and costs incurred; compare with work performed on the file; prepare attorney fee declaration / affidavit and exhibits; incorporate amounts into the motion and judgment order; prepare the document for electronic filing. | DPM<br>Billable<br>CTF-C./N7604/08724 | 0.75<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 131.25 |

Grand Total

*Court Appearance*
*4-8-08*

| | Billable | *11.05* 11.55 | *11* | 1998.75 |
|---|---|---|---|---|
| | ~~Unbillable~~ *1.00* 0.00 | | | 0.00 |
| | Total | 11.55 | | 1998.75 |

*12.05 @ 175*                 *$ 2,108.75*

*Filing Fee*                         *$ 350*
*Service Fee*                       *$ 55*

*Total :*            *$ 2,513.75*

**STERN PROCESS & INVESTIGATION, LLC**          Tax ID  04-3801615
205 W. RANDOLPH ST 1210
CHICAGO, IL, 60606          Phone  (312)-853-2150     Fax   (312)-853-3119

**Customer**
WHITFIELD, MCGANN & KETTERMAN
111 E WACKER DRIVE 2600
CHICAGO, IL, 60601          Phone:   (312)-251-9700   Fax: (312)-251-9701

## Invoice#     177215

### Date Of Invoice:   2/19/2008

Plaintiff:  Trustees of the regional Council of Carpenters pension Fund

| | | |
|---|---|---|
| Court CaseID: | 08C811          Firm#  N7604/DPM | Case Returned Date:   3/14/08 |
| County: | UNITED STATES DISTRICT COURT | |
| Process Server: | KEITH R. BOCKELMANN | ProcessType:    SUMMONS AND COMPLAINT |

| | | |
|---|---|---|
| Defendant:#1  Adams Stair Works & Carpentry, Inc. | Type Of Service: | CORPORATE SERVICE |
| Person Served:    JEROME SPRINGMAN, REGISTERED | Date Of Service: | 2/17/2008     Time:   11:52 AM |
| Sex  MALE      Age  59        Height 6'0"     Build  MEDIUM | Hair Color  GREY | Race WHITE |

| | | |
|---|---|---|
| Defendant:#2 | Type Of Service: | |
| Person Served: | Date Of Service: | Time: |
| Sex          Age          Height          Build | Hair Color | Race |

Location   222  Stanton Drive  , Buffalo Grove, IL, 60089          Type Of Premise:    SINGLE FAMILY HOME

| | | | |
|---|---|---|---|
| Delivery Charge | $55.00 | Rush | $0.00 |
| Bad Address | $0.00 | Filing | $0.00 |
| No Contact | $0.00 | Investigation | $0.00 |
| Database/Skip | $0.00 | Advanced fees | $0.00 |
| | | **Total:** | **$55.00** |
| Date Received | Check No | Amount Received | $0.00 |
| | | Balance Due | $55.00 |

### INFORMATION DEEMED RELIABLE BUT NOT GUARANTEED
### PAYABLE UPON RECEIPT, 2% PER MONTH