IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>ADAMS STAIR WORKS & CARPENTRY, INC.<br><br>        Defendant. | Case No. 08 c 811<br>Judge Moran |

## NOTICE OF MOTION

Doug Adams
ADAMS STAIR WORKS & CARPENTRY, INC.
1083 S. Corporate Circle
Grayslake, IL 60030

PLEASE TAKE NOTICE that on **Tuesday, April 8, 2008** I shall appear before the Honorable Judge Moran at approximately 9:00 a.m. in Courtroom 1843 at the Everett McKinley Dirksen Building Located at 219 South Dearborn Street, Chicago, Illinois, where I shall then present my Motion for Default Judgment.

                              TRUSTEES of the CHICAGO REGIONAL
                              COUNCIL OF CARPENTERS PENSION
                              FUND, et al.

                              s/DANIEL P. McANALLY

### Certificate of Service

I, Daniel P. McAnally, plaintiffs' attorney hereby certify that I served the above and foregoing Motion for Default Judgment via U.S. first class mail to the person/s to who said Notice is directed on April 2, 2008, s/Daniel P. McAnally.

Attorney for Plaintiffs
Whitfield & McGann
111 E. Wacker Drive
Suite 2600
Chicago, IL 60601
312/251-9700
Attorney No. 6205288