# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 811 | **DATE** | 4/8/2008 |
| **CASE TITLE** | TRUSTEES OF THE CHICAGO REGIONAL COUNCIL... vs. ADAMS STAIR WORKS & CARPENTRY, INC. | | |

**DOCKET ENTRY TEXT**

Motion hearing held on 4/8/2008. Plaintiffs' motion for default judgment [8] is granted. Enter Judgment Order. Status hearing set for 4/16/2008 is stricken.

■ [ For further detail see separate order(s).]    Docketing to mail notices.

00:04

| | Courtroom Deputy Initials: | LG |
|---|---|---|