

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, CHICAGO REGIONAL COUNCIL OF CARPENTERS WELFARE FUND, CHICAGO REGIONAL COUNCIL OF CARPENTERS APPRENTICE & TRAINEE FUND | |
| Plaintiffs, | Case No. 08 c 811 |
| | Judge Moran |
| v. | |
| ADAMS STAIR WORKS & CARPENTRY, INC. | |
| Defendant. | |

### JUDGMENT ORDER

WHEREAS, the Plaintiffs filed their Complaint on February 7, 2008 and the Defendant was personally served with copies of Summons and Complaint; and

WHEREAS, the Defendant has failed to answer or otherwise plead; and

NOW THEREFORE, upon application of the Plaintiffs and for good cause shown, a default is hereby entered against the Defendant in accordance with the prayer of the Complaint in the above styled action; and

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment is entered in behalf of the Plaintiffs and against the Defendant, ADAMS STAIR WORKS & CARPENTRY, INC., in the sum of **$264,219.98** representing the following amounts:

| | | |
|---|---|---|
| a) | ERISA Contributions (11/07 - 02/08) | $230,269.08 |
| b) | Interest on ERISA Contributions | $2,194.77 |
| c) | Liquidated Damages (07/07 - 02/08) | $14,013.91 |
| d) | Union Dues (11/07 - 02/08) | $15,228.47 |
| e) | Attorney Fees and Costs | $2,513.75 |
| | **TOTAL** | **$264,219.98** |

ENTERED:

*James B. Moran*
JAMES B. MORAN
UNITED STATES DISTRICT JUDGE

DATED: April 8, 2008